**DISMISS and Opinion Filed August 23, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01014-CV

**ADA RENEE LAWRENCE, INDIVIDUALLY, AND ADA RENEE LAWRENCE, AS NEXT FRIEND OF M.W., A MINOR, C.C., A MINOR, J.C., A MINOR AND Z.C., A MINOR, Appellants**

**V.**

**STEWART CREEK VILLAS LP, CAPSTONE REAL ESTATE SERVICES, INC., RESTOPROS, INC., SONGHAI DEVELOPEMENT COMPANY, L.L.C. AND CHERNO NJIE, Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04308-2016**

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Smith

We reinstate this appeal. Before the Court is the parties' August 11, 2022

agreed motion to dismiss the appeal. We grant the motion and dismiss the appeal.


/Craig Smith/
CRAIG SMITH
JUSTICE

191014F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADA RENEE LAWRENCE, INDIVIDUALLY, AND ADA RENEE LAWRENCE, AS NEXT FRIEND OF M.W., A MINOR, C.C., A MINOR, J.C., A MINOR AND Z.C., A MINOR, Appellants

No. 05-19-01014-CV        V.

STEWART CREEK VILLAS LP, CAPSTONE REAL ESTATE SERVICES, INC., RESTOPROS, INC., SONGHAI DEVELOPEMENT COMPANY, L.L.C. AND CHERNO NJIE, Appellees

On Appeal from the 199th Judicial District Court, Collin County, Texas Trial Court Cause No. 199-04308-2016.
Opinion delivered by Justice Smith. Justices Schenck and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear their own costs of this appeal.

Judgment entered this 23rd day of August 2022.